IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **THE DIAMOND SAWBLADES MANUFACTURERS' COALITION,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**UNITED STATES,**<br><br>      **Defendant,**<br><br>  and<br><br>**BOSUN TOOLS CO., LTD.,**<br><br>      **Defendant-Intervenor.** | Before:  Hon. Claire R. Kelly,<br>     Judge<br><br>Ct. No. 17-00167 |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's March 25, 2021 Order, counsel for the parties in the above-captioned action have consulted and respectfully submit the following Joint Status Report and Proposed Briefing Schedule.

**I.  JOINT STATUS REPORT**

On March 25, 2021, the Court remanded this action to the U.S. Department of Commerce ("Commerce") in conformity with *Diamond Sawblades Mfrs. Coal. v. United States*, 986 F.3d 1351 (Fed. Cir. 2021). The parties have conferred regarding the remand proceedings, and have agreed that Commerce should have 90 days from the filing of this joint status report to return remand results. The parties have compiled a draft order for the Court reflecting this agreement. The draft order is being filed concurrently with this joint status report.

Ct. No. 17-00167

## II.  **PROPOSED BRIEFING SCHEDULE**

After consultation, the parties agree upon and respectfully propose the following briefing schedule:

**July 13, 2021**: Commerce shall file its remand results.

**August 12, 2021**: Parties opposing any aspect of the remand results will file comments in opposition.

**September 13, 2021**: Parties supporting the remand results shall file comments responding to the comments filed in opposition.

**September 27, 2021**: The parties opposing the remand results shall file the joint appendix.

All parties agree to follow the word count limitations set forth in the Court's Standard Chambers Procedures for remand comments.

Ct. No. 17-00167

\*     \*     \*

The parties have consented to this status report and briefing schedule. Counsel for Defendant United States, John J. Todor, Esq., consented via e-mail on April 14, 2021. Counsel for Defendant-Intervenor Bosun Tools Co., Ltd., Gregory S. Menegaz, Esq., consented via e-mail on April 14, 2021.

                                                Respectfully submitted,

                                                */s/ Daniel B. Pickard*
                                                Daniel B. Pickard, Esq.
                                                Maureen E. Thorson, Esq.
                                                Stephanie M. Bell, Esq.

                                                **WILEY REIN LLP**
                                                1776 K Street, NW
                                                Washington, DC 20006
                                                Phone (202) 719-7000

                                                *Counsel to Plaintiff Diamond Sawblades Manufacturers' Coalition*

Date:  April 14, 2021

3

                                                BRIAN M. BOYNTON
                                                Acting Assistant Attorney General

                                                JEANNE E. DAVIDSON
                                                Director

*/s/ Franklin E. White, Jr.*
FRANKLIN E. WHITE, JR.
Assistant Director

*/s/ John J. Todor*
JOHN J. TODOR
Senior Trial Counsel
Commercial Litigation Branch

**U.S. DEPARTMENT OF JUSTICE**
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-2382
Fax: (202) 514-8640
Email: John.Todor@usdoj.gov

*Attorneys for Defendant*

Date: April 14, 2021

*/s/ Gregory S. Menegaz*
Gregory S. Menegaz, Esq.
Alexandra H. Salzman, Esq.

**DEKIEFFER & HORGAN, PLLC**
1090 Vermont Avenue, NW
Suite 410
Washington, DC 20004
Phone (202) 783-6900

*Counsel to Defendant-Intervenor Bosun Tools Co., Ltd.*

Date: April 14, 2021